UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>MANGO LABS, LLC, MANGO DAO, and BLOCKWORKS FOUNDATION,<br><br>                Defendants. | Case No. 1:24-cv-07334-JLR |

## DECLARATION OF ALYSSA A. QUALLS IN SUPPORT OF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO DEFENDANT MANGO LABS' RULE 60(B) MOTION FOR RELIEF FROM FINAL JUDGMENT

I, Alyssa A. Qualls, do hereby declare under penalty of perjury in accordance with 28 U.S.C. § 1746, that the following is true and correct, and further, that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am an attorney of record in these proceedings for Plaintiff United States Securities and Exchange Commission ("SEC").

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the ACH Transaction Detail reflecting the October 18, 2024 payment by Mango Labs and Blockworks Foundation to the SEC for their agreed-to civil penalties.

3. SEC records reflect that on October 15, 2024, Mango DAO paid its agreed-to civil penalty to the SEC.

4. Attached as Exhibit 2 to this declaration is a true and correct copy of a December 6, 2024 letter from counsel certifying Mango Labs LLC's ("Mango Labs") and Blockworks Foundation's compliance with agreed-to undertakings contained in their Final Judgments.

5. Attached as Exhibit 3 to this declaration is a true and correct copy of a November 1, 2024 letter from counsel certifying Mango DAO's compliance with agreed-to undertakings contained in its Final Judgment.

6. Before signing its consent, Mango Labs and its counsel never suggested that its settlement of this case would be contingent on the outcome of any other case or position of the SEC. Further, Mango Labs did not advise that it would seek to revoke its consent or void its agreed-to Final Judgment based on the outcome of any other case or any future position of the SEC.

Dated: August 28, 2025   Respectfully submitted,

*/s/ Alyssa A. Qualls*
Alyssa A. Qualls (QuallsA@sec.gov)
Senior Trial Counsel