# EXHIBIT 1

## ACH - Transaction Detail

| Label | Value | Label | Value |
|---|---|---|---|
| Transaction Amount: | $446,456.00 | Account Holder Name: | ███ |
| Collection Status: | Settled | Email Address: | ███@mango-labs.com |
| Transaction Type: | ACHDebit | Routing Number: | ███ |
| Transaction Date: | 10/17/2024 03:15 PM ET | Bank Account: | ███ |
| Payment Date: | 10/18/2024 12:00 AM ET | Account Type: | BusinessChecking |
| Effective Date: | 10/18/2024 12:00 AM ET | Street Address: | |
| Pay.gov Tracking ID: | 27IIAO4Q | City: | |
| Agency Tracking ID: | 76858887103 | State/Province: | |
| Agency: | SEC | Zip/Postal Code: | |
| Application: | SEC Enforcement Collections | Country: | |
| Payment Frequency: | OneTime | Tax Identification Number: | |
| Payment: | 1 of 1 | Date of Birth: | |
| Deposit Ticket: | 004128 | | |
| Debit Voucher: | | | |
| Return Reason Code: | | | |
| Reject Reason Code: | | | |
| Username: | Public | | |
| Agency Memo: | | | |

### Custom Collection Fields

| Label | Value |
|---|---|
| Civil Payment: | Yes |
| Administrative Proceeding: | No |
| Other Payment Category: | No |
| Other Payment Explanation: | |
| Court Case Number: | 1:24-CV-07334 |
| Admin. Proc. File No.: | |
| Company Name: | Mango Labs LLC |
| Debtor Name: | ███ |
| Amount Paid - Disgorgement: | |
| Amount Paid - Penalty: | 446456 |
| Amount Paid - Insider Trading: | |
| Amount Paid - Other: | |