# EXHIBIT 2

**GT GreenbergTraurig**

Michael Burshteyn
Tel 415.590.5141
Michael.Burshteyn@gtlaw.com

December 6, 2024

Kristin Pauley, Amy Flaherty Hartman
Securities and Exchange Commission, Chicago Regional Office
175 W. Jackson Boulevard, Suite 1450, Chicago, Illinois 60604
pauleyk@sec.gov, hartmana@sec.gov

Re: *SEC v. Mango Labs, et al.*, Case No. 1:24-cv-07334 (S.D.N.Y.)

**Mango Labs, LLC Settlement Compliance Statement** █████
████████████████

Dear Ms. Pauley and Hartman,

We write to share that our clients Mango Labs, LLC and Blockworks Foundation have complied with the requirements set forth in Section III of the Final Judgment ("Labs Final Judgment") entered by the United States District Court for the Southern District of New York in *SEC v. Mango Labs, et al.*, on October 1, 2024. With respect to all MNGO in Mango Labs and Blockworks Foundation's possession and control, they have made such MNGO unavailable for trading, sale, or purchase.



Greenberg Traurig, LLP | Attorneys at Law
101 Second Street | Suite 2200 | San Francisco, CA 94105-3668 | T +1 415.655.1300 | F +1 415.707.2010

www.gtlaw.com

December 6, 2024
Page 2



**Greenberg Traurig, LLP | Attorneys at Law**
101 Second Street  |  Suite 2200  |  San Francisco, CA 94105-3668  |  T +1 415.655.1300  |  F +1 415.707.2010

www.gtlaw.com

December 6, 2024
Page 3



Greenberg Traurig, LLP | Attorneys at Law
101 Second Street | Suite 2200 | San Francisco, CA 94105-3668 | T +1 415.655.1300 | F +1 415.707.2010

www.gtlaw.com



**Greenberg Traurig, LLP | Attorneys at Law**
101 Second Street  |  Suite 2200  |  San Francisco, CA 94105-3668  |  T +1 415.655.1300  |  F +1 415.707.2010

www.gtlaw.com

December 6, 2024
Page 5



**Greenberg Traurig, LLP | Attorneys at Law**
101 Second Street  |  Suite 2200  |  San Francisco, CA 94105-3668  |  T +1 415.655.1300  |  F +1 415.707.2010

www.gtlaw.com



**Greenberg Traurig, LLP | Attorneys at Law**
101 Second Street | Suite 2200 | San Francisco, CA 94105-3668 | T +1 415.655.1300 | F +1 415.707.2010

www.gtlaw.com

December 6, 2024
Page 7



Sincerely,

Michael Burshteyn

cc: Rafael Yakobi, The Crypto Lawyers PLLC, co-counsel to Mango Labs, LLC

Enclosure: █████

**Greenberg Traurig, LLP | Attorneys at Law**
101 Second Street | Suite 2200 | San Francisco, CA 94105-3668 | T +1 415.655.1300 | F +1 415.707.2010

www.gtlaw.com