

Michael Burshteyn
Tel 415.655.1300
Fax 415.707.2010
Michael.burshteyn@gtlaw.com

August 29, 2025

<u>**VIA ECF**</u>

Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>*SEC v. Mango Labs, LLC, et al.*, **No. 1:24-cv-07334-JLR (S.D.N.Y.)**</u>

Dear Judge Rochon:

    Defendant Mango Labs, LLC ("Mango") respectfully submits this letter requesting an extension of time to file its reply to Plaintiff United States Securities and Exchange Commission's ("SEC") opposition (Dkt. Nos. 22-23) to Mango's Rule 60(b) Motion (Dkt. Nos. 13-15), which is currently due on Thursday, September 4, 2025.

    Mango respectfully requests an additional 30 days to prepare its reply brief, or until Monday, October 6, 2025. Mango has not previously sought an extension of time and Plaintiff consents to this request.

                                      Respectfully Submitted,

                                      Michael Burshteyn *(pro hac vice)*
                                      **GREENBERG TRAURIG, LLP**
                                      101 Second Street, Suite 2200
                                      San Francisco, California 94105
                                      (415) 655-1300
                                      mburshteyn@gtlaw.com

                                      Rafael Yakobi (*pro hac vice*)
                                      **THE CRYPTO LAWYERS, PLLC**
                                      11035 Lavender Hill Dr, Ste. 160-220
                                      Las Vegas, NV 89135
                                      (619) 317-0722

    rafael@thecryptolawyers.com

    Sydney Parks
    **GREENBERG TRAURIG, LLP**
    One Vanderbilt Avenue
    New York, NY 10017
    (212) 801-6430
    sydney.parks@gtlaw.com

    *Attorneys for Defendant Mango Labs, LLC*

cc: Alyssa A. Qualls, Esq. *(via CM/ECF)*
     Kristin Pauley, Esq. *(via CM/ECF)*