

Michael Burshteyn
Tel 415.655.1300
Fax 415.707.2010
Michael.burshteyn@gtlaw.com

August 29, 2025

**VIA ECF**

Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Defendant Mango Labs LLC's request for an extension of time to file its reply to the SEC's opposition to Defendant's Rule 60(b) Motion is GRANTED. Defendant's reply shall be due October 6, 2025.
>
> Dated: September 2, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *[signature]*
>
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: <u>SEC v. Mango Labs, LLC, et al.</u>, No. 1:24-cv-07334-JLR (S.D.N.Y.)

Dear Judge Rochon:

    Defendant Mango Labs, LLC ("Mango") respectfully submits this letter requesting an extension of time to file its reply to Plaintiff United States Securities and Exchange Commission's ("SEC") opposition (Dkt. Nos. 22-23) to Mango's Rule 60(b) Motion (Dkt. Nos. 13-15), which is currently due on Thursday, September 4, 2025.

    Mango respectfully requests an additional 30 days to prepare its reply brief, or until Monday, October 6, 2025. Mango has not previously sought an extension of time and Plaintiff consents to this request.

                                  Respectfully Submitted,

                                    *[signature]*

                                  Michael Burshteyn *(pro hac vice)*
                                  **GREENBERG TRAURIG, LLP**
                                  101 Second Street, Suite 2200
                                  San Francisco, California 94105
                                  (415) 655-1300
                                  mburshteyn@gtlaw.com

                                  Rafael Yakobi *(pro hac vice)*
                                  **THE CRYPTO LAWYERS, PLLC**
                                  11035 Lavender Hill Dr, Ste. 160-220
                                  Las Vegas, NV 89135
                                  (619) 317-0722

rafael@thecryptolawyers.com

Sydney Parks
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
(212) 801-6430
sydney.parks@gtlaw.com

*Attorneys for Defendant Mango Labs, LLC*

cc: Alyssa A. Qualls, Esq. *(via CM/ECF)*
     Kristin Pauley, Esq. *(via CM/ECF)*